AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BILLY JO RUMPLE

         *Plaintiff*

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

         *Defendant*

Civil Action No. 2:15-CV-336-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment is Granted. Plaintiff's Motion for Summary Judgment is Denied. Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Suko on a motion for Summary Judgment.

Date: 4/6/2017

CLERK OF COURT

SEAN F. McAVOY

s/ Renea Grogan
*(By) Deputy Clerk*

Renea Grogan